UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-180M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| PETER WILLIAM CHA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense:        Conspiracy to Distribute MDMA

Date of Detention Hearing:        April 19, 2006

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        (1)        Defendant has been charged by Complaint with conspiring to distribute MDMA, a Schedule III controlled substance.

DETENTION ORDER                                                                        15.13
18 U.S.C. § 3142(i)                                                                    Rev. 1/91
PAGE 1

01      (2)     Defendant is a U.S. citizen. He has been deported from Canada and cannot return

02 to that country. Prior to that, he was residing in Canada. He is currently unemployed. There are

03 criminal charges pending in Canada. The AUSA alleges that the defendant has been involved in

04 alien smuggling efforts.

05      (3)     Defendant does not contest detention.

06      (4)     Defendant poses a risk of nonappearance due to the lack of verifiable address in

07 the United States, the lack of employment and the inability to verify much of the defendant's

08 personal information. He poses a risk of danger due to the nature of the charges, prior criminal

09 history in Canada and possible pending criminal charges in that country, his apparent status on

10 probation in Canada at the time of the instant charges, as well as allegations that he has been

11 involved in alien smuggling efforts.

12      (5)     There does not appear to be any condition or combination of conditions that will

13 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

14 to other persons or the community.

15 It is therefore ORDERED:

16      (1)     Defendant shall be detained pending trial and committed to the custody of the

17           Attorney General for confinement in a correction facility separate, to the extent

18           practicable, from persons awaiting or serving sentences or being held in custody

19           pending appeal;

20      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

21           counsel;

22      (3)     On order of a court of the United States or on request of an attorney for the

DETENTION ORDER                              15.13
18 U.S.C. § 3142(i)                             Rev. 1/91
PAGE 2

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  20th  day of  April , 2006.


Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                     Rev. 1/91
PAGE 3